UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN THE MATTER OF                                    Case No.  10-17646

ALAN WAYNE KUBE                                    (Judge Jeffery P. Hopkins)
ANGELITA RENE RUDD

          Debtor(s)                                **APPLICATION FOR EXAMINATION OF:
                                                   DEBTORS, ALAN WAYNE KUBE AND
                                                   ANGELITA RENEE RUDD
                                                   UNDER BANKRUPTCY RULE 2004
                                                   [EXAMINATION]**

          Comes now E. Hanlin Bavely, the duly qualified and acting Trustee for the above captioned

debtor, and pursuant to Rule 2004, seeks to examine under oath the following person: Debtors, Alan

Wayne Kube and Angelita Renee Rudd.

          The local rules of this court require that the debtors bring with them to the creditor meeting,

among other documents, a copy of the deed to their residence real estate as recorded, which in this

case would be 1422 Woodville Pike, Loveland, Ohio 45140; and documents showing the balances

on hand in bank accounts on the date of filing.  Debtors attended the creditor meeting with their

attorney and were told to do that and subsequently the Trustee sent a letter asking for that

information.

          None has been forthcoming.

          The Trustee also reminded the attorney involved the following:

          As a word for you on practice in the Southern District of Ohio in addition,
          when you prepare a filing with regard to real estate you should list the street address,
          city, county, state and zip code and not just list it as "home."  Additionally you should
          list bank accounts by the name of the bank in which the account is deposited, and the
          last four digits of the account number and of course, if you have it, the balance on hand
          on the date of filing.  You should not list it as "checking account" and leave the
          creditor meeting for me to discover that information.
          Examination is sought of this person concerning the financial condition, acts, conduct,

liabilities and property of the debtor, in matters which affect administration of the debtor's estate.

WHEREFORE, E. Hanlin Bavely, as Trustee in Bankruptcy for the debtor herein, prays the Court that an order issue requiring the said person described in this application to be present for examination under oath at the office of the Trustee in this proceeding, 850 Tri-State Building, 432 Walnut Street, Cincinnati, Ohio 45202, on May 6, 2011 at 3:00 p.m. and for such other relief to which the movant may be entitled.

*/s/ E. Hanlin Bavely*
E. Hanlin Bavely, Esquire

432 Walnut Street, Suite 850
Cincinnati, OH 45202
(513) 621-6621

CERTIFICATE

I certify that a copy of this application has been sent by regular mail and/or electronic court notice on April 8, 2011, to Diana Khouri, Esquire, 6300 Rockside Road, Suite 204, Cleveland, OH 44131, as attorney for the debtors; and to the debtors, Alan Wayne Kube and Angelita Rene Rudd, 1637 Woodville Pike, Loveland, OH 45140; and to the Office of the U.S. Trustee, Suite 2030, 36 East 7th Street, Cincinnati, Ohio 45202.

*/s/ E. Hanlin Bavely*
E. Hanlin Bavely, Esquire
